# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** |
| v. | INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
| YERI ALEXANDER RALDA | CASE NO: __1:04-mj-02231-01__ |
| | __CARRIE S. LEONETTI, AFD__ |
| | (Defendant's Attorney of Record) |

**THE DEFENDANT** was found guilty on Count(s)__ONE__, in the (X) Information

( ) Violation, after a (X) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 36 CFR 4.2(b) and CVC 14601.2(a) | DRIVING WHEN PRIVILEGE SUSPENDED or REVOKED for DRIVING UNDER THE INFLUENCE (Class B Misdemeanor) | ONE | 08/15/2004 |

The defendant is sentenced as provided in pages __1__ through __2__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]   Count(s)__TWO__ Dismissed on Motion of the Government.

[X]   The fine imposed by this Judgment is __$1,500.00__, and is payable to the Clerk of the Court. Payments of $125.00 month, commencing July 31, 2005 and due payable at the end of each month.

[C]   The mandatory special assessment imposed by this sentence is $__10.00__, payable to the Clerk of the Court.

[ ]   No fine is imposed, due to the defendants' inability to pay.

[ ]   Restitution imposed by this Judgment is $ _____, payable to:

_____
(Payee's Name)

_____
(Payee's Address)

_____
(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S. Marshal, Pretrial Service, Financial

DEFENDANT: YERI ALEXANDER RALDA                      **JUDGMENT - Page 2 of 2**
CASE NO.: 1:04-mj-02231-001

Social Security Number:        XXX-XX-1855

Date of Birth:   XX/XX/1979

    The defendant is placed on **Limited Supervised Probation** for   ONE   year, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

   **You shall comply with the following special conditions**:

[ ] _____ months/days jail facility, pursuant to 18 U.S.C. 3563 (b)(10), to commence as directed by the probation officer.

[ ] _____ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer. Pay costs of confinement, as determined by the Bureau of Prisons.

[ ] _____ hours of unpaid community service, and pay fees not to exceed $ _____, as directed by the probation officer.

[X] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[X] The defendant shall provide the probation officer with access to any requested financial information.

[X] Defendant waived rights to appeal.


Mailing Address:                          Date of Sentencing: JULY 1, 2005

                                           /s/ Sandra M. Snyder
                                          Signature of Judicial Officer
Residence Address:
                                          SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                          Name & Title of Judicial Officer


County:   (Los Angeles County)            DATE:       7/06/2005