UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) <br>) <br>) | **NEW CASE NO.   1:04-mj-02231-SMS** |
| vs | ) <br>) | ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |
| YERI  ALEXANDER  RALDA. | ) <br>) | Old Case No.  1:04-mj-02231-LJO |
| Defendant | ) <br>) | |

IT IS HEREBY ORDERED that the above-entitled action be reassigned from the docket of Judge O'NEILL to the docket of U.S. Magistrate Judge SNYDER.

The defendant, YERI ALEXANDER RALDA, did Consent to the Jurisdiction of a U.S. Magistrate Judge and was sentenced by United States Magistrate Judge Snyder on July 1,  2005.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

# 1:04-mj-02231-SMS

cc:  U.S. Attorney:  Nick Street, c/o Misdemeanor Unit

Federal Defender: C Leonetti

U.S. PreTrial Service

IT IS SO ORDERED.

**Dated:**   **July 12, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                    UNITED STATES MAGISTRATE JUDGE